## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT COURT OF ALABAMA

MATILDA DUFFY AND JACK WARD )
RENFRO )
      Plaintiffs, ) Case No.  23-cv-677 RAH
       )
v. )
       )
UNITED STATES ATTORNEY )
GENERAL )
       )
      Defendant. )

### NOTICE OF SETTLEMENT AND MOTION TO SUSPEND CASE DEADLINES

    **COMES NOW,** the Plaintiffs, and on behalf of the parties, hereby notifies the Court that the parties have reached an agreement to settle all outstanding claims.  As a result thereof the Plaintiffs, with consent of the Defendant, request the Court suspend all deadlines and scheduling matters until such time as a joint stipulation of dismissal may be filed.

*/s/ Michael F. Braun*

Michael F. Braun (ASB4167U50M)
5016 Centennial Blvd., Ste. 200
Nashville, TN  37209
(615) 378-8942

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July 2025 I served the below named attorneys for the Defendant a copy of this pleading by filing same in the Court's CM/ECF system which will deliver a copy electronically.

MaryLou Bowdre
Asst. U.S. Attorney
Post Office Box 197
Montgomery, AL 36101-0197

*/s/ Michael F. Braun*
_____