IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATILDA DUFFY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 1:23-cv-677-RAH-CWB |
| | ) |
| UNITED STATES ATTORNEY GENERAL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' *Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure* (doc. 47) filed on August 25, 2025, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action will be **DISMISSED** with prejudice on the terms agreed to and set out by the parties. Accordingly, it is ordered as follows:

1) The parties' *Joint Motion to Continue Deadline to File Joint Stipulation of Dismissal* (doc. 44) filed on August 25, 2025, is **DENIED** as moot;

2) This action is **DISMISSED** with prejudice on the terms agreed to and set out by the parties; and

3) All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** on this the 26th day of August 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE